■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAMIL PETRESCU, Appellant. [836 NYS2d 481]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about March 22, 2006, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Nardelli, Williams and Gonzalez, JJ.